# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| vs. | ) | |
| Vanessa Taylor, | ) | Case No.1:16-cr-117 |
| Defendant. | ) | |

On August 8, 2016, the court issued an order releasing defendant to Centre, Inc., in Mandan, North Dakota on August 11, 2016. This order also provided the following in relevant part:

> If defendant is taken into custody in Mandan/Morton County, she is to immediately contact the Pretrial Services Office upon her release to Centre, Inc. If defendant is taken into custody by another authority and transported out of the Bismarck-Mandan metropolitan area, defendant's release conditions are deemed revoked and the United States Marshal's Office is authorized to file a detainer to ensure that it retains custody of defendant should she be released.

(Docket No. 19).

On August 10, 2016, defendant filed a motion requesting to be temporarily released so that she may attend a wake and funeral for her uncle in Fort Thompson, South Dakota. The court **GRANTS** plaintiff's motion (Docket No. 20). Defendant shall be permitted to travel to Fort Thompson, South Dakota on August 12, 2016, to attend her uncle's wake and funeral. Defendant shall report back to Centre, Inc., by Sunday, August 14, 2016, at 3:00 p.m.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court